IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2025 JUL 16 AM 9:51
MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-CR-115-SWS |
| Plaintiff, | |
| v. | Ct 1: 18 U.S.C. §§ 922(g)(8) and 924(a)(8) (Possession of Firearm by a Person Subject to a Court Order) |
| RANDALL THOMAS BAILEY, | Ct 2: 18 U.S.C. §§ 922(g)(8) and 924(a)(8) (Possession of Firearm by a Person Subject to a Court Order) |
| Defendant. | |
| | Ct 3: 18 U.S.C. §§ 922(o) and 924(a)(2) (Possession of a Machine Gun) |
| | Ct 4: 26 U.S.C. § 5861(d) (Possession of an Unregistered Firearm) |
| | **FORFEITURE NOTICE** |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

From on or about November 11, 2024, through and including, on or about November 12, 2024, in the District of Wyoming, the Defendant, **RANDALL THOMAS BAILEY**, knowing he was subject to a court order issued in Park County, Wyoming on April 11, 2024, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, or restraining him from engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner, and that by its terms explicitly prohibited the use, attempted use, or threatened use of physical force against such intimate partner, or that included a finding that the Defendant was a credible threat to the physical safety of the intimate partner, knowingly

possessed a firearm, namely, a Ruger .357 caliber revolver, and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(8).

## COUNT TWO

From on or about November 11, 2024, through and including, on or about November 13, 2024, in the District of Wyoming, the Defendant, **RANDALL THOMAS BAILEY**, knowing he was subject to a court order issued in Park County, Wyoming on April 11, 2024, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, or restraining him from engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner, and that by its terms explicitly prohibited the use, attempted use, or threatened use of physical force against such intimate partner, or that included a finding that the Defendant was a credible threat to the physical safety of the intimate partner, knowingly possessed firearms, namely,

- a Glock .22 caliber pistol;
- a Glock 9mm caliber pistol;
- a Kel-Tec 9mm caliber pistol bearing serial number SAJ10;
- a Kel-Tec 9mm caliber pistol bearing serial number SAJ19;
- a Kel-Tec 9mm caliber pistol bearing serial number SAJ22;
- a Kimber .280 caliber rifle;
- a Remington .308 Win caliber rifle;
- a Remington .223 Remington caliber rifle;
- a Remington .308 Win caliber rifle bearing serial number RR43232F;
- a Remington .308 Win caliber rifle bearing serial number RR55185F;
- a Remington .308 Win caliber rifle bearing serial number RR93587B;
- a Remington .243 Win caliber rifle;
- a Remington 20-gauge shotgun;
- a Romarm 7.62x39mm caliber rifle;
- a Ruger .22LR caliber rifle;
- a Ruger .22 Hornet caliber rifle;
- a Ruger .270 Win caliber rifle bearing serial number 785-94767;

- a Ruger .270 Win caliber rifle bearing serial number 786-66290;
- a Ruger .300 Win Mag caliber rifle;
- a Savage Arms 20-gauge shotgun;
- a Smith and Wesson 6.5 Creedmoor caliber rifle; and
- a Thompson/Center Arms 7-30 Waters caliber pistol;

and the firearms were in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(8).

## COUNT THREE

From on or about November 11, 2024, through and including, on or about November 13, 2024, in the District of Wyoming, the Defendant, **RANDALL THOMAS BAILEY**, knowingly possessed a machine gun, as that term is defined in 26 U.S.C. § 5845(b), namely, a Cobray pistol.

In violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## COUNT FOUR

From on or about November 11, 2024, through and including, on or about November 13, 2024, in the District of Wyoming, the Defendant, **RANDALL THOMAS BAILEY**, knowingly possessed firearms, that is, a silencer and two destructive devices, which were not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. § 5861(d).

## FORFEITURE NOTICE

1. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Title 26, United States Code, Section 5872.

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922 and Title 26, United States Code, Section 5861(d) as set forth in this Indictment, the Defendant

3

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 26, United States Code, Section 5872, any firearms and ammunition involved in the commission of the offense, including but not limited to:

- a Cobray pistol;
- a silencer and two destructive devices;
- a Glock .22 caliber pistol;
- a Glock 9mm caliber pistol;
- a Kel-Tec 9mm caliber pistol bearing serial number SAJ10;
- a Kel-Tec 9mm caliber pistol bearing serial number SAJ19;
- a Kel-Tec 9mm caliber pistol bearing serial number SAJ22;
- a Kimber .280 caliber rifle;
- a Remington .308 Win caliber rifle;
- a Remington .223 Remington caliber rifle;
- a Remington .308 Win caliber rifle bearing serial number RR43232F;
- a Remington .308 Win caliber rifle bearing serial number RR55185F;
- a Remington .308 Win caliber rifle bearing serial number RR93587B;
- a Remington .243 Win caliber rifle;
- a Remington 20-gauge shotgun;
- a Romarm 7.62x39mm caliber rifle;
- a Ruger .22LR caliber rifle;
- a Ruger .22 Hornet caliber rifle;
- a Ruger .270 Win caliber rifle bearing serial number 785-94767;
- a Ruger .270 Win caliber rifle bearing serial number 786-66290;
- a Ruger .300 Win Mag caliber rifle;
- a Ruger .357 caliber revolver;
- a Savage Arms 20-gauge shotgun;
- a Smith and Wesson 6.5 Creedmoor caliber rifle;
- a Thompson/Center Arms 7-30 Waters caliber pistol; and
- all ammunition seized.

A TRUE BILL:

*Ink Signature on File*
FOREPERSON

*[signature]*
STEPHANIE I. SPRECHER
Acting United States Attorney

---

# PENALTY SUMMARY

---

**DEFENDANT NAME:**     RANDALL THOMAS BAILEY

**DATE:**     July 15, 2025

**INTERPRETER NEEDED:**     No

**VICTIM(S):**     No

**OFFENSE/PENALTIES:**

    **Count 1:** 18 U.S.C. §§ 922(g)(8) and 924(a)(8)
    (Possession of Firearm by a Person Subject to a Court Order)

    0-15 Years Imprisonment
    Up to $250,000 Fine
    3 Years Supervised Release
    $100 Special Assessment

    **Count 2:** 18 U.S.C. §§ 922(g)(8) and 924(a)(8)
    (Possession of Firearm by a Person Subject to a Court Order)

    0-15 Years Imprisonment
    Up to $250,000 Fine
    3 Years Supervised Release
    $100 Special Assessment

    **Count 3:** 18 U.S.C. §§ 922(o) and 924(a)(2)
    (Possession of a Machine Gun)

    0-10 Years Imprisonment
    Up to $250,000 Fine
    3 Years Supervised Release
    $100 Special Assessment

    **Count 4:** 26 U.S.C. § 5861(d)
    (Possession of an Unregistered Firearm)

    0-10 Years Imprisonment
    Up to $250,000 Fine
    3 Years Supervised Release
    $100 Special Assessment

**Penalty Summary**
July 15, 2025
Page 2                                                                                            RE:  Randall Thomas Bailey

| | |
|---|---|
| **TOTALS:** | 0-50 Years Imprisonment<br>Up to $1,000,000 Fine<br>3 Years Supervised Release<br>$400 Special Assessment |
| **AGENT:** | Andrew St. John, ATF |
| **AUSA:** | Paige N. Hammer<br>Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |