Paige N. Hammer
Wyoming State Bar No. 7-5882
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
307-772-2124
paige.hammer@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 25-CR-115-SWS |
| **RANDALL THOMAS BAILEY,** | |
| Defendant. | |

## GOVERNMENT'S SUPPLEMENTAL NOTICE
## OF INTENT TO OFFER EXPERT TESTIMONY

The United States of America hereby submits its supplemental notice of intent to offer expert testimony. Fed. R. Crim. P. 16(a)(1)(G). The United States reserves the right to further supplement this notice.

**Gui-hua Lisa Lang, Ph.D.**
**Forensic Chemist**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**

The United States has received approval of the following expert designation for Forensic Chemist Lang as evidenced by the *Disclosure as to Expert Witness Gui-hua Lisa Lang* attached hereto as Exhibit 1.

The United States reserves the right to supplement its notice of expert witness testimony pursuant to the continuing duty to disclose pursuant to Federal Rules of Criminal Procedure 16(a)

and 16(c). Investigations in criminal cases are ongoing, and additional evidence may be discovered which may require additional expert witness testimony.

The United States requests the Defendant provide a written summary of any testimony the defense intends to use in their case under Federal Rules of Criminal Procedure, Rules 702, 703 and 705. Fed. R. Crim. P. 16(b)(1)(C).

The United States asserts that this notice and the reports provided to the Defendant satisfy the requirements of Rule 16(a)(1)(G). If, after viewing this notice and the attachments, the Defendant requests further information or has concerns under Rule 16, the United States requests the Defendant advise as to what further information is necessary to prepare for trial.

**DATED** this 14th day of August, 2025.

>  Respectfully submitted,
>
>  DARIN D. SMITH
>  United States Attorney
>
>  By:  */s/ Paige N. Hammer*
>       PAIGE N. HAMMER
>       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2025, the foregoing **Government's Supplemental Notice of Intent to Offer Expert Testimony** was electronically filed and consequently served on defense counsel.

>  */s/ Vickie L. Smith*
>  UNITED STATES ATTORNEY'S OFFICE