Arnold Clark

3156 Hawthorne Ln

Dacono, CO 80514

Arnie.clark@comcast.net

303-358-3479

12/8/2025




The Honorable Scott W. Skavdahl

Attention: Clerk of Court

2120 Capitol Avenue

Cheyenne, Wyoming 82001

Re: Letter of Support for Randall T. Bailey

Case No. 25-CR-115

Dear Judge Skavdahl:

I am writing this letter in strong support of Randall T. Bailey, whom I have known since approximately 2000, initially as a co-worker and subsequently as a close friend. Over the past two decades, I have had the opportunity to observe Randy's character, work ethic, and contributions to those around him, and I believe he deserves every consideration for leniency in his current case.

Randy has lived an exemplary life for 65 years without any prior encounters with the law, serving as a positive and contributing member of his family, community, and circle of friends. He has consistently demonstrated integrity, reliability, and a commitment to helping others, qualities that have made him a valued presence in both professional and personal settings. In my experience, Randy is a kind, thoughtful individual who prioritizes the well-being of those he cares about.  He will continue to be a part of my life and my family's life to include my kids no matter the outcome of his sentencing. He has

always been known as Uncle Randy to my kids and they constantly ask about him. This man has been a positive influence on me, my kids and anyone else fortunate enough to call him friend.

I firmly believe that, if released, Randy poses no harm to anyone. This view stands in contrast to the public narrative that has been shaped by his ex-wife, her legal counsel, and the judge in his prior case. Randy has been a victim of what can be described as the "Silver Bullet" method and the "poison well" theory, tactics employed during his divorce proceedings that have unjustly tainted perceptions of his character and actions. These circumstances have contributed to his current situation, but they do not reflect the true nature of the man I have known for over 20 years.

In light of Randy's long history of lawful and productive living, I respectfully urge the Court to consider these factors in determining an appropriate resolution for his case. I am confident that Randy will continue to be a positive force in society if given the opportunity. Please feel free to contact me at the above phone number or email address should you require any additional information.

Thank you for your time and consideration of this matter.

Sincerely,

*Arnold Clark*

Arnold Clark