UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>)<br>vs. )<br>)<br>)<br>RANDALL THOMAS BAILEY, )<br>)<br>DEFENDANT. )<br>) | CRIMINAL NO. 25-CR-115-SWS |

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW, the Defendant, Randall Bailey, by and through his attorney Samuel P. Krone, Krone Law, LLC, and moves the Court for a continuance of the sentencing hearing set on January 6, 2026, at 1:00 p.m. on the grounds and for the following reasons:

1. Defense Counsel is scheduled to be in a jury trial in state District Court in Basin, Wyoming, (*State v. Magargal 2025 CR 09)*, January 5, 2026, through January 8, 2026.

2. Defense Counsel has recently substituted into this case and needs addition time to review the Presentence Report and provide any possible revisions and objections to the report prior to sentencing.

3. Defense Counsel would request until January 15, 2026, to submit revisions and/or objections to the report, allowing the Probation Officer until January 25, 2026, to submit responses to objections and any revisions to the report.

4. The Probation Office, through Supervisory U.S. probation Officer Kristen Simmer, has no objections to these amended deadlines.

5. The Government, through Assistant U.S. Attorney Paige Hammer, has no objection to the continuance of the sentencing hearing or the amended deadlines related to the Presentence Report.

**THEREFORE,** Counsel for the Defendant requests that the Sentencing Hearing in this matter be continued .

**DATED** this 31th day of December, 2025.

_____
SAMUEL P. KRONE, WSB # 6-3435
Krone Law, LLC
P.O. Box 2481
Cody, Wyoming 82414
307-578-6721
sam@samkronelaw.com
Counsel for the Defendant

### CERTIFICATE OF SERVICE

I, Samuel P. Krone, counsel for the Defendant, do hereby certify that I caused a true and correct copy of the above and foregoing document to be filed and served on the attorney for the Plaintiff, Paige Hammer, United States Attorney's Office, via PACER system on the 31st' day of December, 2025.

_____
Samuel P. Krone