UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 25-CR-115-SWS |
| ) | |
| ) | |
| RANDALL THOMAS BAILEY, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Defendant, Randall Bailey, by and through his attorney Samuel P. Krone, Krone Law, LLC, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment and Commitment entered in this action on January 15, 2026. This Notice of Appeal is filed pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure.

**DATED** this 28th day of January, 2026.

*[signature]*

SAMUEL P. KRONE, WSB # 6-3435
Krone Law, LLC
P.O. Box 2481
Cody, Wyoming 82414
307-578-6721
sam@samkronelaw.com
Counsel for the Defendant

## CERTIFICATE OF SERVICE

I, Samuel P. Krone, counsel for the Defendant, do hereby certify that I caused a true and correct copy of the above and foregoing document to be filed and served on the attorney

for the Plaintiff, Paige Hammer, United States Attorney's Office, via PACER system on the 28th day of January, 2026.

_____
Samuel P. Krone