**William Elliott**

| | |
|---|---|
| **From:** | William Elliott |
| **Sent:** | Wednesday, January 28, 2026 4:45 PM |
| **To:** | 'Sam Krone'; Sam Krone |
| **Cc:** | paige.hammer@usdoj.gov; Haller, Kebin (USAWY) [Contractor] |
| **Subject:** | RE: USA v. Randall Bailey (25cr115) - Final Order of Forfeiture |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2026 JAN 29 AM 9: 36
MARGARET BOTKINS, CLERK
CASPER

Thank you all for looking into this matter and for your responses. Judge Skavdahl will sign and file the Government's proposed final forfeiture order based on Counsel's explanations.

Have a good night.

William Elliott
Law Clerk to U.S. District Judge Scott Skavdahl
District of Wyoming
(307) 232-2600

**From:** Sam Krone <sam@samkronelaw.com>
**Sent:** Wednesday, January 28, 2026 3:57 PM
**To:** Sam Krone <samkrone@gmail.com>
**Cc:** William Elliott <William_Elliott@wyd.uscourts.gov>; paige.hammer@usdoj.gov; Haller, Kebin (USAWY) [Contractor] <kebin.haller@usdoj.gov>
**Subject:** Re: USA v. Randall Bailey (25cr115) - Final Order of Forfeiture

<mark>CAUTION - EXTERNAL:</mark>

Hi William,

Thank you for the extra time to review the plea agreement, the email exchanges between the government and Mr. Bailey's former counsel, and to discuss this matter with my client and Paige directly. After this review, I approve the proposed order as to content and form.

Thanks again. Have a great night. Sam

Sam Krone
Krone Law Firm, LLC
P.O. Box 2481
Cody, Wyoming 82414
307-578-6721
samkronelaw.com



On Tue, Jan 20, 2026 at 4:40 PM Sam Krone <samkrone@gmail.com> wrote:

Hi William,

Since I came on as lead counsel after the plea agreement had been reached, let me talk with Paige at greater length about the specifics of what was intended and get back to you in the next day or two please.

Thanks very much. Sam

On Tue, Jan 20, 2026 at 4:18 PM William Elliott <William_Elliott@wyd.uscourts.gov> wrote:

Dear Counsel,

Judge Skavdahl has reviewed the Government's Motion for Final Order of Forfeiture and proposed order (ECF 81). Consistent with most forfeiture orders, it forfeits "all right, title and interest to the Subject Property" and vests it in the United States.

For Mr. Bailey's case, though, Judge Skavdahl asked me to touch base with you about this forfeiture. At the change-of-plea hearing, Mr. Bailey brought up a discussion or agreement he (or his counsel) had with the USAO about potentially transferring some of the firearms to a third party, perhaps based on the idea that they were within Mr. Bailey's physical possession only because they had been passed to his children (perhaps upon a family member's death?). (ECF 54 pp. 6-7.) But any such agreement is unclear to the Court.

In short, this motion for final forfeiture raises a question for each attorney:

(1)     Ms. Hammer: Does this proposed final forfeiture order account for whatever agreement exists concerning this potential transfer?

(2)     Mr. Krone: Does the Defense approve of this proposed order as to content and form?

Thank you.

William Elliott

Law Clerk to U.S. District Judge Scott Skavdahl

District of Wyoming

(307) 232-2600

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## William Elliott

| | |
|---|---|
| **From:** | Hammer, Paige (USAWY) <Paige.Hammer@usdoj.gov> |
| **Sent:** | Wednesday, January 28, 2026 1:53 PM |
| **To:** | William Elliott; Sam Krone |
| **Cc:** | Sam Krone; Haller, Kebin (USAWY) [Contractor] |
| **Subject:** | RE: USA v. Randall Bailey (25cr115) - Final Order of Forfeiture |

<mark>CAUTION - EXTERNAL:</mark>

Good afternoon,

From the government's perspective, the proposed forfeiture order is accurate. There is no agreement between Mr. Bailey and the government regarding the transfer of any firearms to another person. The terms as outlined in the filed plea agreement is the only agreement entered into with Mr. Bailey.

During plea negotiations, and prior to Mr. Bailey's plea, I advised Mr. Bailey's former defense counsel via email that any person wanting possession of any of the seized firearms would need to go through the civil claimant process. The United States provided a copy of the claimant paperwork, with directions, to Mr. Bailey's former defense counsel. The government also advised former defense counsel that a person cannot take possession of the firearms through a transfer (such as when a person subject to a protection order temporarily dispossesses themselves of their firearms until the protection order is expired) in a federal case but would need to be a valid claimant and fill out the paperwork. Finally, the government advised against a sham claimant filing paperwork and referred Mr. Bailey's former defense counsel back to the directions in the claimant paperwork.

After receiving your email on January 20th, I forwarded these emails (and associated documents) on to Mr. Krone for his review that evening. In short, the proposed order does not require revisions as it accurately reflects the plea agreement.

Please advise if further information is necessary.

Best,

Paige Hammer
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Wyoming
2120 Capitol Avenue, Suite 4000
Cheyenne, WY 82001
Main: 307.772.2124
Fax: 307.772.2123

---

**From:** William Elliott <William_Elliott@wyd.uscourts.gov>
**Sent:** Wednesday, January 28, 2026 1:15 PM
**To:** Sam Krone <sam@samkronelaw.com>
**Cc:** Sam Krone <samkrone@gmail.com>; Hammer, Paige (USAWY) <Paige.Hammer@usdoj.gov>; Haller, Kebin (USAWY) [Contractor] <Kebin.Haller@usdoj.gov>
**Subject:** [EXTERNAL] RE: USA v. Randall Bailey (25cr115) - Final Order of Forfeiture

Dear Counsel,

The time has come to tell me how we're going to proceed on this forfeiture. Please let me know what plan you've come up with.

Thank you.

William Elliott
Law Clerk to U.S. District Judge Scott Skavdahl
District of Wyoming
(307) 232-2600

**From:** Sam Krone <sam@samkronelaw.com>
**Sent:** Tuesday, January 20, 2026 4:44 PM
**To:** William Elliott <William_Elliott@wyd.uscourts.gov>
**Cc:** Sam Krone <samkrone@gmail.com>; paige.hammer@usdoj.gov; Haller, Kebin (USAWY) [Contractor] <kebin.haller@usdoj.gov>
**Subject:** Re: USA v. Randall Bailey (25cr115) - Final Order of Forfeiture

CAUTION - EXTERNAL:

Thanks! Have a great night. Sam

Sam Krone
Krone Law Firm, LLC
P.O. Box 2481
Cody, Wyoming 82414
307-578-6721
samkronelaw.com

On Tue, Jan 20, 2026 at 4:41 PM William Elliott <William_Elliott@wyd.uscourts.gov> wrote:

That sounds great, Sam. We'll plan on that. Thank you.

**From:** Sam Krone <samkrone@gmail.com>
**Sent:** Tuesday, January 20, 2026 4:40 PM

**To:** William Elliott <William_Elliott@wyd.uscourts.gov>
**Cc:** paige.hammer@usdoj.gov; Haller, Kebin (USAWY) [Contractor] <kebin.haller@usdoj.gov>; sam@samkronelaw.com
**Subject:** Re: USA v. Randall Bailey (25cr115) - Final Order of Forfeiture

<mark>CAUTION - EXTERNAL:</mark>

Hi William,

Since I came on as lead counsel after the plea agreement had been reached, let me talk with Paige at greater length about the specifics of what was intended and get back to you in the next day or two please.

Thanks very much. Sam

On Tue, Jan 20, 2026 at 4:18 PM William Elliott <William_Elliott@wyd.uscourts.gov> wrote:

Dear Counsel,

Judge Skavdahl has reviewed the Government's Motion for Final Order of Forfeiture and proposed order (ECF 81). Consistent with most forfeiture orders, it forfeits "all right, title and interest to the Subject Property" and vests it in the United States.

For Mr. Bailey's case, though, Judge Skavdahl asked me to touch base with you about this forfeiture. At the change-of-plea hearing, Mr. Bailey brought up a discussion or agreement he (or his counsel) had with the USAO about potentially transferring some of the firearms to a third party, perhaps based on the idea that they were within Mr. Bailey's physical possession only because they had been passed to his children (perhaps upon a family member's death?). (ECF 54 pp. 6-7.) But any such agreement is unclear to the Court.

In short, this motion for final forfeiture raises a question for each attorney:

(1)    Ms. Hammer: Does this proposed final forfeiture order account for whatever agreement exists concerning this potential transfer?

(2)    Mr. Krone: Does the Defense approve of this proposed order as to content and form?


Thank you.



William Elliott

Law Clerk to U.S. District Judge Scott Skavdahl

District of Wyoming

(307) 232-2600

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.