UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 12, 2026

Margaret Botkins
United States District Court for the District of Wyoming
Office of the Clerk
2120 Capitol Avenue, Room 2141
Cheyenne, WY 82001-0000

Mr. Samuel Peter Krone
Krone Law
901 36th Street
P.O. Box 2481
Cody, WY 82414

Ms. Christyne Marie Martens
Office of the United States Attorney
District of Wyoming
100 East B Street, Suite 2211
Casper, WY 82602

**RE: 26-8005, United States v. Bailey**
Dist/Ag docket: 2:25-CR-00115-SWS-1

Dear Counsel and Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's final order takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/jjh